TASHA N. PARIS, SBN 207055
Attorney at Law
1007 7th Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 444-6100
Fax: (916) 444-6110

DAVID W. DRATMAN
Attorney at Law
California State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989

Attorneys for Defendant
BRADLEY JAMES STONE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRADLEY JAMES STONE,<br><br>　　　　　Defendant. | CR. S-05-0389 MCE<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

　　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Jason Hitt, Assistant U.S. Attorney, and BRADLEY JAMES STONE, through his attorneys of record, Tasha N. Paris and David W. Dratman, that the status conference scheduled for November 1, 2005 be continued to November 22, 2005 at 8:30 a.m.

　　　　Based upon the discovery that defense counsel have been provided to date, defense counsel require additional time for investigation and preparation, specifically relating to the search warrant in this case. The parties stipulate that the ends of justice are met by excluding time until November 22, 2005; and, that the need of this defendant's counsel for additional time to prepare and to

conduct investigation exceeds the public interest in a trial within 70 days.

   Accordingly, the time between November 1, 2005 and November 22, 2005 should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to the need of counsel to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv)[Local Code T4].

Dated: October 28, 2005     /s/ Tasha N. Paris
                TASHA N. PARIS
                DAVID W. DRATMAN
                Attorneys for Defendant
                BRADLEY JAMES STONE

Dated: October 28, 2005     McGREGOR W. SCOTT
                UNITED STATES ATTORNEY


                By: /s/ Jason Hitt*
                  JASON HITT
                  Assistant U.S. Attorney
                  *Signed with permission

**ORDER**

   IT IS SO ORDERED.

Dated: November 3, 2005

               _____
               MORRISON C. ENGLAND, JR.
               UNITED STATES DISTRICT JUDGE