1  TASHA N. PARIS, SBN 207055
   Attorney at Law
2  1007 7th Street, Suite 300
   Sacramento, CA  95814
3  Telephone: (916) 444-6100
   Fax: (916) 444-6110
4
   DAVID W. DRATMAN
5  Attorney at Law
   California State Bar No. 78764
6  1007 7th Street, Suite 305
   Sacramento, CA 95814
7  Telephone:  (916) 443-2000
   Facsimile:   (916) 443-0989
8
   Attorneys for Defendant
9  BRADLEY JAMES STONE

10

11                **UNITED STATES DISTRICT COURT**

12                **EASTERN DISTRICT OF CALIFORNIA**

13

14  UNITED STATES OF AMERICA,              **CR. S-05-0389 MCE**

15                    Plaintiff,           **STIPULATION AND**
                                           **[PROPOSED] ORDER**
16             vs.                         **CONTINUING STATUS**
                                           **CONFERENCE**
17  BRADLEY JAMES STONE,

18                    Defendants.

19

20

21        IT IS HEREBY STIPULATED between the United States of America, through its attorney

22  of record, Jason Hitt, Assistant U.S. Attorney, and BRADLEY JAMES STONE, through his

23  attorneys of record, Tasha N. Paris and David W. Dratman, that the status conference scheduled

24  for November 22, 2005 be continued to November 29, 2005 at 8:30 a.m.

25        Based upon the discovery that defense counsel have been provided to date, defense counsel

26  continue to require additional time for investigation and preparation, specifically relating to the

27  search warrant in this case. The parties stipulate that the ends of justice are met by excluding time

28  until November 29, 2005; and, that the need of this defendant's counsel for additional time to

1 | prepare and to conduct investigation exceeds the public interest in a trial within 70 days.

2 |       Accordingly, the time between November 22, 2005 and  November 29, 2005 should be

3 | excluded from the calculation of time pursuant to the Speedy Trial Act, due to the need of counsel

4 | to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv)[Local Code T4].

5 | Dated:  November 18, 2005              /s/ Tasha N. Paris

6 |                                                TASHA N. PARIS
DAVID W. DRATMAN
Attorneys for Defendant

7 |                                                BRADLEY JAMES STONE

8 |

9 | Dated:  November 18, 2005               McGREGOR W. SCOTT
UNITED STATES ATTORNEY

10 |

11 |

12 |                              By: /s/ Jason Hitt*

13 |                                  JASON HITT
Assistant U.S. Attorney

14 |                                  *Signed with permission

15 | **ORDER**

16 |       IT IS SO ORDERED.

17 | Dated: November 28, 2005

18 |

19 |

20 |

21 |       MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

22 |

23 |

24 |

25 |

26 |

27 |

28 |